NO









NO. 12-10-00350-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

CHARLES ELLIS SHIRLEY,

APPELLANT                                                     '     APPEAL
FROM THE 173RD

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     HENDERSON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
Charles Ellis Shirley, pro se, has filed a motion to strike his notice of
appeal, which we construe as a motion to dismiss.  Because Shirley has met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

Opinion delivered October 27,
2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)